AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

Kimberly Roquemore, Individually and as the
Administratrix of the Estate of
Maalik Roquemore, Deceased

_____
*Plaintiff(s)*

v.

Cuyahoga Metropolitan Housing Authority, et al.

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  1:24-cv-01434

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CUYAHOGA METROPOLITAN HOUSING AUTHORITY
8120 Kinsman Road
Cleveland, OH 44104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David B. Malik, Esq.
31320 Solon Road, Unit #19
Solon, Ohio 44139

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  8/22/2024  _____

s/ A. Faluski
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     1:24-cv-01434

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Cuyahoga Metropolitan Housing Authority Police Department

was received by me on *(date)*   August 23, 2024   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  Via U.S. Certified Mail Return Receipt Requested; see attached Domesetic Return Receipt

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   9/13/2024 _____

         /s/ David B. Malik _____
                     *Server's signature*

         David B. Mailk, Attorney _____
                     *Printed name and title*

         31320 Solon Road, Unit 19, Solon, Ohio 44139 _____
                     *Server's address*

Additional information regarding attempted service, etc:

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cuyahoga Metropolitan Housing Authority
8120 Kinsman Road
Cleveland, OH 44104

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____   ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   PASS                          8-29-24

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ _____ tricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9590 9402 5725 9346 4589 14

2. Article Number (Transfer from service label)

7021 0350 0002 3011 0870

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Cleveland OH 44104

Certified Mail Fee  $4.35      0391
$                   $2.10       12

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ $0.00        Postmark
☐ Certified Mail Restricted Delivery $ $0.00        Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $ _____

Postage  $2.87
$

Total Postage and Fees
$11.0_

Sent To  Cuy. Metro. Hsng Authority
Street and Apt. No., or PO Box No.  8120 Kinsman Rd
City, State, ZIP+4  Cleveland OH 44104

09/13/2024

AUG 27 2024

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions