AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

Kimberly Roquemore, Individually and as the Administratrix of the Estate of Maalik Roquemore, Deceased

*Plaintiff(s)*

v.

Cuyahoga Metropolitan Housing Authority, et al.

*Defendant(s)*

Civil Action No. 1:24-cv-01434

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ANDRÉS GONZÁLEZ, CHIEF, CUYAHOGA METROPOLITAN HOUSING AUTHORITY POLICE DEPARTMENT
5715 Woodland Avenue
Cleveland, Ohio 4410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David B. Malik, Esq.
31320 Solon Road, Unit #19
Solon, Ohio 44139

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 8/22/2024

*s/ A. Faluski*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01434

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Andres Gonzalez, Chief, Cuyahoga Metropolitan Housing Authority Police Department
was received by me on *(date)* August 23, 2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Via U.S. Certified Mail Return Receipt Requested; see Domestic Return Receipt

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 9/13/2024

/s/ David B. Malik
*Server's signature*

David B. Malik, Attorney
*Printed name and title*

31320 Solon Road, Unit 19, Solon, Ohio 44139
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Andrés González, Chief, Cuyahoga Metropolitan Housing Authority Police Department
5715 Woodland Avenue
Cleveland, Ohio 44104

9590 9402 6711 1060 3705 45

2. Article Number (Transfer from service label)

7021 0350 0002 3011 0849

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X P. Grimmett
☐ Agent
☐ Addressee

B. Received by (Printed Name)
P. Grimmett

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Cleveland, OH 44101  OFFICIAL USE  0391  12

Certified Mail Fee $4.05  $4.10

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $ $0.00
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here
AUG 23 2024
08/23/2024

Postage $2.87

Total Postage and Fees $11.82

Sent To A. Gonzalez, Chief Cuy. Metro Hsg PD
Street and Apt. No., or PO Box No. 5715 Woodland Ave
City, State, ZIP+4 Cleveland, OH 44104

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7021 0350 0002 3011 0849

ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN ...

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

**70210350000230110849**

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 10:09 am on August 30, 2024 in CLEVELAND, OH 44104.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

Delivered, Left with Individual
CLEVELAND, OH 44104
August 30, 2024, 10:09 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package