IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY ROQUEMORE, Individually and as the Administratrix of the Estate of Maalik Roquemore, Deceased,<br><br>         Plaintiff,<br><br>vs.<br><br>CUYAHOGA METROPOLITAN HOUSING AUTHORITY, et al.,<br><br>         Defendants. | CASE NO. 1:24-CV-01434<br><br>JUDGE DONALD C. NUGENT<br><br>**NOTICE OF APPEARANCE** |

  Without waiving any available defenses, the undersigned counsel hereby give their notice of appearance on behalf of Defendants, denominated as Cuyahoga Metropolitan Housing Authority, Cuyahoga Metropolitan Housing Authority Police Department, Andrés González, Victor McDowell, Desmond Ragland, Thomas Burdyshaw, and Jeffery Patterson. [1]

                 Respectfully submitted,

                 */s/ Aretta K. Bernard*
                 Aretta K. Bernard (0039116)
                 abernard@ralaw.com
                 Stephanie Olivera Mittica (0095651)
                 smittica@ralaw.com
                 Roetzel & Andress, LPA
                 222 South Main Street
                 Akron, OH 44308
                 P: 330.376.2700
                 F: 330.376.4577

                 *Attorneys for Defendants*

---

[1] Should John Smiddy be properly served, the undersigned counsel will represent John Smiddy as well.

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically on September 19, 2024.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

David B. Malik
david@davidmaliklaw.com
31320 Solon Road, Unit #19
Solon, Ohio  44139

                                          */s/ Aretta K. Bernard*
                                          One of the Attorneys for Defendants

22024131 _1  017442.0131