IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY ROQUEMORE, Individually and as the Administratrix of the Estate of Maalik Roquemore, Deceased,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CUYAHOGA METROPOLITAN HOUSING AUTHORITY, et al.,<br><br>　　　　　　　　　　　　Defendants. | CASE NO.   1:24-CV-01434<br><br>JUDGE DONALD C. NUGENT<br><br>**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER** |

NOW COME the Defendants, denominated as Cuyahoga Metropolitan Housing Authority, Cuyahoga Metropolitan Housing Authority Police Department, Andrés González, Victor McDowell, Desmond Ragland, Thomas Burdyshaw, and Jeffery Patterson (collectively "Defendants") and respectfully request this Court to extend the current answer due date of September 19, 2024, by 30 days to October 21, 2024.

Defendants request additional time to investigate and prepare their responsive pleading. This extension is not requested for purposes of delay but so that Defendants have reasonable time to respond to Plaintiff's Complaint.

22024148 _1  017442.0131

Respectfully submitted,

*/s/ Aretta K. Bernard*
Aretta K. Bernard (0039116)
abernard@ralaw.com
Stephanie Olivera Mittica (0095651)
smittica@ralaw.com
Roetzel & Andress, LPA
222 South Main Street
Akron, OH 44308
P: 330.376.2700
F: 330.376.4577

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on September 19, 2024. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David B. Malik
david@davidmaliklaw.com
31320 Solon Road, Unit #19
Solon, Ohio 44139

*/s/ Aretta K. Bernard*
One of the Attorneys for Defendants

2

22024148 _1 017442.0131