AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

Kimberly Roquemore, Individually and as the Administratrix of the Estate of Maalik Roquemore, Deceased

*Plaintiff(s)*

v.

Cuyahoga Metropolitan Housing Authority, et al.

*Defendant(s)*

Civil Action No. 1:24-cv-01434-DCN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JOHN SMIDDY, Chief Ranger
c/o: Lorain County Metro Parks
12882 Diagonal Road
LaGrange, Ohio 44050

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David B. Malik, Esq.
31320 Solon Road, Unit #19
Solon, Ohio 44139

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 9/20/2024

s/M. Lebron
*Signature of Clerk or Deputy Clerk*



Civil Action No. 1:24-cv-01434-DCN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* John Smiddy, Field Training Officer Program Supervisor, Cuyahoga Metropolitan Housing Authority Police Department

was received by me on *(date)* October 1, 2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Via U.S. Certified Mail Return Receipt Requested; see attached Domestic Return Receipt

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/07/2024

/s/ David B. Malik
*Server's signature*

David B. Malik, Attorney
*Printed name and title*

31320 Solon Road, Unit 19, Solon, Ohio 44139
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    John Sniddy, Chief Ranger
    c/o: Lorain County Metro Parks
    12882 Diagonal Rd.
    LaGrange, OH 44050

    9590 9402 5725 9346 4589 07

2. Article Number (Transfer from service label)

    7019 2970 0001 4203 1321

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Andrea Arriaga — ☐ Agent  ☑ Addressee
B. Received by (Printed Name): Andrea Arriaga
C. Date of Delivery: 10/1/24
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

---

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

LaGrange, OH 44050 — OFFICIAL USE

Certified Mail Fee: $4.35 — $0.10
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage: $2.57
Total Postage and Fees: $

Postmark Here — 09/25/2024

Sent To: John Sniddy, Lorain Cnty Metro
Street and Apt. No., or PO Box No.: 12882 Diagonal Rd.
City, State, ZIP+4®: LaGrange, OH 44050

PS Form 3800, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions

7019 2970 0001 4203 1321