# Field Training
## Experience Check List

**Policy Review** *(Initial after demonstrated proficiency)*

DW 2.01 – Law Enforcement Authority/Commitment
DW 2.02 – Arrest Authority
DW 2.03 – Arrest Procedures
DW 2.05 – Field Interviews and Investigatory Stops
DW 2.06 – Jurisdiction and Mutual Aid with Cleveland
DW 2.11 – Subpoena Control
DW 2.13 – Arrest Warrants
PW 2.14 – Duty to Intervene
DW 2.15 – Orders of Protection
DW 3.01 – Patrol Section
PW 3.02 – Vehicle Equipment
DW 3.03 – Emergency Vehicle Operations
DW 3.05 – Crisis Intervention
PW 3.06 – Domestic Violence
DW 3.07 – Missing Persons
PW 3.08 – Notice to Violator (NTV) Citation
DW 3.09 – Death Investigations
DW 3.10 – Use of Crime Scene Entry Logs
DW 3.11 – Animal Incidents
DW 3.12 – Traffic Control
PW 3.13 – Towing Vehicles
PW 3.14 – Vehicle Accidents
PW 3.15 – Citizen Stops
DW 3.16 – Multi-Purpose Misdemeanor *(MMCF)*
DW 3.17 – Parking Infraction Notice *(PIN)*
DW 3.18 – Uniform Traffic Ticket *(UTT)*
DW 3.19 – Accountability for MMCF, PIN, UTT
PW 3.20 – Driving Under Suspension
DW 3.21 – OVI
DW 3.22 – Vehicle Pursuits
DW 3.23 – Failure to Comply
DW 3.31 – Critical Incidents
PW 3.34 – Active Threats
DW 3.35 – Barricaded Subjects
DW 3.36 – Civil Disturbances
PW 3.37 – Bomb Threats

DW 1.29 – Use of Force
DW 1.29.1 – De-Escalation
DW 1.17 – Disciplinary Philosophy
DW 1.08 – Leave of Absence / Control
DW 1.09 – Abuse of Sick Leave
DW 1.11 – Early Intervention System
DW 1.22 – Agency Owned Property
DW 1.25 – Victim/Witness Assistance
DW 1.30 – Electronic Control Weapon
DW 1.31 – Oleoresin Capsicum Spray
DW 1.32 – Expandable Baton
DW 1.33 – Proper Handling of Firearms
DW 1.34 – Weapons
DW 1.40 – Sick Leave
PW 1.41 – Uniforms
DW 6.08 – Crime Prevention
DW 6.09 – Community Engagement
PW 6.10 – Police Assisted Referral *(PAR)*
DW 7.01 – Transporting Prisoners
DW 7.02 – Hospital Detail
DW 7.03 – Spit Sock Hoods
DW 8.02 – Calls for Service
DW 8.03 – Silent 911 Calls
DW 8.05 – Surveillance Cameras
DW 8.09 – Body Worn Cameras
DW 9.01 – Collection of Evidence
DW 9.02 – Property and Evidence Control
PW 10.06 – Reports
DW 10.07 – Duty Reports
DW 10.09 – Time Keeping and Overtime
DW 3.32 – Field Investigations
DW 3.33 – Bloodborne Pathogens
DW 3.38 – Fires and Explosions
DW 3.39 – Special Events
DW 3.40 – Water Leakage / Flooding

| | | |
|---|---|---|
| D. Ragland | [signature] 57 | 06 Jul 22 |
| Trainee Name | Trainee Signature | Date |
| David Whitney | Dave Whitney 48 | 06 JUL 22 |
| FTO Name | FTO Signature | Date |

## Radio Communications *(Initial after demonstrated proficiency)*

- DW Clear / concise broadcasts
- DW Professional broadcasts *(radio etiquette)*
- DW Trainee thinks of what will be said before broadcasting
- DW Location given when responding to radio traffic
- DW Active listening of radio (multitasking)
- DW Short and accurate dispositions
- DW High-stress communications
- DW Call history inquiries
- DW Requesting vehicle tows
- DW High-rise call signs
- DW Broadcasts *before* initiating a stop
- DW "10" – Codes *(10-41, 10-23, 10- 96, etc.)*
- DW Listens for break in radio traffic before broadcasting

- DW Phonetic alphabet
- DW Registration checks
- DW Wants / warrants checks
- DW Writes down pertinent information
- DW Copies information the *first time*
- DW Requests appropriate resources
- DW Pursuit *(foot/vehicle)* communications
- DW Warrant / stolen vehicle confirmations
- DW Unit call signs / badge numbers
- DW Calling out / copying physical descriptions
- DW Broadcasts upon arrival
- DW Proper abbreviations *(GOA, UTL, etc.)*

D. Ragland
Trainee Name

Dave Whitney 48
Trainee Signature

06JUL22
Date

David Whitney
FTO Name

Dave Whitney 48
FTO Signature

06JUL22
Date

## Vehicle Operations

- DW Vehicle inspections
- DW Emergency lights & siren operation
- DW Compliance with traffic laws *(in normal operation)*
- DW Trainee *wears* seat belt
- DW Parks legally
- DW Drives without distraction *(cell phone, etc.)*
- DW Executes proper U-turn *(yielding / lights & siren)*
- DW Leaves an "out" when parked / stopped

- DW Emergency Vehicle Operations *(proficiency)*
- DW EVO with other units
- DW Understands Pursuit procedures
- DW Avoids driving on sidewalks and green space
- DW Drives courteously *(yields to right of way)*
- DW Checks mirrors / camera before backing
- DW Approaches calls for service tactically / safely
- DW Adverse weather driving

D. Ragland
Trainee Name

Dave Whitney 48
Trainee Signature

06JUL22
Date

David Whitney
FTO Name

Dave Whitney 48
FTO Signature

06JUL22
Date

**Geography** *(Initial after trainee can locate without references)*

### High Rises

- PW Addison Square
- PW Ambleside Tower
- PW Apthorp Tower
- DW Beachcrest A
- DW Beachcrest B
- DW Bellaire A
- PW Bellaire B
- DW Bohn Tower
- PW Carl B. Stokes Mall
- DW Cedar Extension
- PW Crestview
- PW Doris V. Jones
- PW Euclid Beach
- DW Fairway Manor
- DW Heritage View
- PW Heritage View IV
- DW King Kennedy North
- DW Lakeview Tower
- DW LaRonde
- PW Lee –Miles Apartments
- DW Legacy Park
- DW Lorain Square
- PW Manhattan Tower
- DW Mildred Brewer
- DW Miles Elmarge
- DW Miles Pointe
- DW Mount Auburn
- DW Park Denison
- DW Quarry Town
- DW Riverview
- PW Scranton Castle
- DW Severance Circle
- DW Springbrook
- PW Union Square
- PW Wade Park
- DW West 101st Place
- DW West Boulevard
- DW Willson Tower

### Family Estates

- DW Addison Townhouses
- DW Bellaire Townhomes
- DW Carver Park
- DW Cedar
- DW Griot Village
- DW Heritage View
- DW King Kennedy
- DW Lakeview
- DW Oakwood Gardens
- DW Outhwaite
- DW Puritas Gardens
- DW Riverside Park
- DW Springbrook Family
- DW Wade Park Family
- DW Willson Family
- DW Woodhill

### Hospitals

- DW Metro Health Hospital
- DW Saint Vincent Charity
- DW Lutheran Hospital
- DW University Hospital
- DW Marymount Hospital
- DW Fairview Hospital

### Courthouses

- DW Justice Center
- DW Cuyahoga County Juvenile
- DW Carl B. Stokes Federal CH
- DW East Cleveland Muni
- DW Cleveland Heights Muni
- DW Berea Muni
- DW Oakwood Mayor's Court

### Scattered Sites

- DW Allegheny Circle
- DW Ansel Road
- DW Bellaire Road Apartments
- DW Harvard / East 110th
- DW Jefferson
- DW Landon Homes
- DW State Road
- DW Sunrise
- DW Walton Homes
- DW West 58th Street
- DW Western / West 116th
- DW Woodhill Scattered
- DW Worley

### Shelters / Facilities

- DW 2100 Lakeside (Men's)
- DW 2227 Payne (Women's)
- DW 4410 Franklin (Men's)
- PW 18120 Puritas (Women's)
- DW 2806 Payne (DV)
- DW Jane Edna Hunter
- PW The City Mission
- DW Cuyahoga Diversion Center

### Cleveland Districts

- DW First
- DW Second
- DW Third
- PW Fourth
- DW Fifth

---

D. Pagla
**Trainee Name**

David Whitney
**FTO Name**

*Dave Whitney* (Trainee Signature)

*Dave Whitney 48* (FTO Signature)

06JUL22
**Date**

06JUL22
**Date**

## Crime Scene Investigations *(Initial after demonstrated proficiency)*

- DW  Scene safety
- DW  Securing a perimeter (outer, inner, blocking roadways)
- DW  Crime Scene Entry Log
- DW  Identifies suspects, victims and witnesses
- DW  Captures acceptable scene photographs
- DW  Captures acceptable victim / subject photographs
- DW  Use of Personal Protective Equipment (PPE)
- DW  Demonstrates proper evidence collection techniques
- DW  Uses appropriate containers for evidence
- DW  Properly labels / seals evidence bags

- DW  Documents chain of custody
- DW  Identifies (and documents) point(s) of entry
- DW  Drug identification
- DW  Understands cold stands / photo line-ups
- DW  Working with investigators (DB, CPD, etc.)
- DW  Motor Vehicle Crash procedures
- DW  OH-1 proficiency
- DW  Traffic control and direction
- DW  Processing stolen vehicles / property
- DW  Seizing vehicles as evidence

_____  _____  06JUL22
Trainee Name                Trainee Signature            Date
David Whitney               Dave Whitney #8              06JUL22
FTO Name                    FTO Signature                Date

## Stops and Approaches *(Initial after demonstrated proficiency)*

- PW  Gives accurate vehicle descriptions
- DW  Identifies equipment violations
- PW  Identifies traffic violations
- DW  Investigative stops
- PW  Felony stops
- DW  Choosing a tactical stop location
- DW  Zone car positioning
- DW  Directs spotlight(s) on violator vehicle after stop
- PW  Driver side approach
- PW  Passenger side approach
- DW  Observes/responds to furtive movements
- DW  Reacts when occupants look over shoulder at officers
- PW  Watches the occupants' body language

- PW  Registration / OL checks
- DW  Avoids backlighting (on approach)
- DW  Controls the stop(s)
- DW  Watches for oncoming traffic – exiting ZC
- DW  Introduces self
- DW  Gives operator the reason for the stop
- PW  Determining reasonable suspicion / PC
- DW  Determining impairment
- DW  OVI enforcement / procedures
- PW  Uniform Traffic Ticket completion
- DW  Towing vehicles
- DW  Motor Vehicle Exception (4th Amendment)
- DW  Vehicle search (plain view, frisk, PC)

_____  _____  06JUL22
D. Kaglan                   Trainee Signature            Date
Trainee Name
David Whitney               Dave Whitney #8              06JUL22
FTO Name                    FTO Signature                Date