Exhibit B



# Cuyahoga Metropolitan Housing Authority

## Police Department

This is to certify that

POLICE OFFICER

DESMOND RAGLAND #57

Has Successfully Completed An In-Service Course of Training In

## USE OF FORCE/RANGE QUALIFICATIONS

(Eight Hours of Instruction)

17MAR22
Date

_____
Instructor

 

Ohio Peace Officer Training Commission
Office 800-346-7682
Fax 740-845-2675

P.O. Box 309
London, Ohio 43140
www.OhioAttorneyGeneral.gov

## RANGE PROFICIENCY RECORD: SEMI-AUTO PISTOL

NAME: Desmond Ragland #57    AGENCY: CMHAPD

WEAPON MAKE: Glock    MODEL: 17    SERIAL #: BATV940

HITS IN THE PREFERRED AREA (**PA**) COUNT AS A PLUS ONE (+1)

HITS IN THE NON-PREFERRED AREA (**NPA**), BUT INSIDE OF THE TARGET OUTLINE ARE A ZERO (0)

ROUNDS NOT FIRED (**NF**) ARE ZERO (0)

HITS OUTSIDE OF THE TARGET OUTLINE (**MISS**), OFF OF THE TARGET (**MISS**), OR FIRED OVER THE TIME LIMIT (**OT**) ARE A MINUS 1 (-1), EXTRA ROUNDS FIRED (**ERF**) ARE MINUS 1 (-1).

STAGE 1    PA: 3    NPA: _____ NF: _____ MISS: _____ OT: _____ ERF: _____

STAGE 2    2 HITS IN THE PREFERRED AREA, ONE HIT IN THE HEAD OR HIP

            PA: 3    NPA: _____ NF: _____ MISS: _____ OT: _____ ERF: _____

STAGE 3A   PA: 4    NPA: _____ NF: _____ MISS: _____ OT: _____ ERF: _____

STAGE 3B   PA: 4    NPA: _____ NF: _____ MISS: _____ OT: _____ ERF: _____

STAGE 4    PA: 6    NPA: _____ NF: _____ MISS: _____ OT: _____ ERF: _____

STAGE 5    PA: 3    NPA: _____ NF: _____ MISS: _____ OT: _____ ERF: _____

STAGE 6    PA: 2    NPA: _____ NF: _____ MISS: _____ OT: _____ ERF: _____

SUB TOTALS: 25                           MISS: _____ OT: _____ ERF: _____

TOTAL: 25    (PASSING IS A MINIMUM OF 20)

DATE TESTED: 17MAR22    PASSED: ✓    FAILED: _____

TESTED BY: James Neal #668
           (NAME PRINTED)              (SIGNATURE)

REQ#: 05383    EXPIRATION DATE: 13SEP2025

Effective 7/1/2017

 

**MIKE DeWINE**
★ OHIO ATTORNEY GENERAL ★

Ohio Peace Officer Training Commission
Office 800-346-7682
Fax 740-845-2675

P.O. Box 309
London, Ohio 43140
www.OhioAttorneyGeneral.gov

## RANGE PROFICIENCY RECORD: SHOTGUN

NAME: Desmond Ragland #57     AGENCY: CMHAPD

WEAPON MAKE: Benneli     MODEL: Nova     SERIAL #: Z176835

HITS IN THE PREFERRED AREA (**PA**) COUNT AS A PLUS ONE (+1)

HITS IN THE NON-PREFERRED AREA (**NPA**), BUT INSIDE OF THE TARGET OUTLINE ARE A ZERO (0)

ROUNDS NOT FIRED (NF) ARE A ZERO (0)

HITS OUTSIDE OF THE TARGET OUTLINE (**MISS**), OFF OF THE TARGET (**MISS**), FIRED OVER THE TIME LIMIT (**OT**) AND EXTRA ROUNDS FIRED (**ERF**) ARE A MINUS 1 (-1)

STAGE 1     PA: 2     NPA: _____ NF: _____ MISS: _____ OT: _____ ERF: _____

STAGE 2     PA: 2     NPA: _____ NF: _____ MISS: _____ OT: _____ ERF: _____

STAGE 3     PA: 2     NPA: _____ NF: _____ MISS: _____ OT: _____ ERF: _____

OPTIONAL SLUG QUALIFICATION STAGE

STAGE 4     PA: _____ NPA: _____ NF: _____ MISS: _____ OT: _____ ERF: _____

TOTAL: 6     PASSING SCORE – 100% HIT

DATE TESTED: 17MAR22     PASSED: ✓   FAILED: _____

TESTED BY: James Neal #668
            (NAME PRINTED)                    (SIGNATURE)

REQ#: 05383     EXPIRATION DATE: 13SEP2025

Effective 7/1/2017