# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| KIMBERLY ROQUEMORE, Individually and as the Administratrix of the Estate of Maalik Roquemore, Deceased, | CASE NO. 1:24-CV-01434 |
| | JUDGE DONALD C. NUGENT |
| Plaintiffs, | |
| -vs- | |
| CUYAHOGA METROPOLITAN HOUSING AUTHORITY, et al., | |
| Defendants. | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANT SMIDDY'S MOTION TO DISMISS FOR FAILURE OF SERVICE

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time to File Reply to Defendant Smiddy's Motion to Dismiss for Failure of Service, and upon good cause demonstrated, the Court hereby **GRANTS** the Motion. It is hereby ordered that if Plaintiff does not perfect service upon Defendant Smiddy, Plaintiff's Reply to Defendant Smiddy's Motion to Dismiss for Failure of Service shall be filed on or before November 18, 2024.

**IT IS SO ORDERED.**

| | |
|---|---|
| | JUDGE DONALD C. NUGENT |