# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

Kimberly Roquemore, etc.

CIVIL CASE NO. 1:24-cv-01434

vs.

JUDGE Donald C. Nugent

Cuyahoga Metropolitan Housing Authority, Inc.

## PRAECIPE FOR ISSUANCE

☐ ORIGINAL SUMMONS

☒ ALIAS SUMMONS

☐ THIRD PARTY SUMMONS

☐ CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC

☐ CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

☐ WRIT OF EXECUTION

☐ OTHER (Please Specify) _____

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule 4.2.

Date: 11/13/2024     By: David B. Malik

Attorney for Plaintiff

revised 02/2009

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| Kimberly Roquemore, Individually and as the Administratrix of the Estate of Maalik Roquemore, Deceased *Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 1:24-cv-01434 |
| Cuyahoga Metropolitan Housing Authority, et al. *Defendant(s)* | ) ) ) ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* John Smiddy, Former Field Training Officer Program Supervisor, Cuyahoga Metropolitan Housing Authority Police Department
c/o: Lorain County Metro Parks
12882 Diagonal Road
LaGrange, Ohio 44050

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David B. Malik, Esq.
31320 Solon Road, Unit #19
Solon, Ohio 44139

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01434

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: