# EXHIBIT A





EXHIBIT "A"