# EXHIBIT B

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70192970000142031147

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 2:59 pm on November 14, 2024 in NORTH RIDGEVILLE, OH 44039.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
Delivered, Left with Individual
NORTH RIDGEVILLE, OH 44039
November 14, 2024, 2:59 pm

### Redelivery Scheduled
NORTH RIDGEVILLE, OH 44039
November 13, 2024

### Notice Left (No Authorized Recipient Available)
NORTH RIDGEVILLE, OH 44039
November 12, 2024, 2:51 pm

### Out for Delivery
NORTH RIDGEVILLE, OH 44039
November 12, 2024, 8:33 am

### Arrived at Post Office
NORTH RIDGEVILLE, OH 44039
November 12, 2024, 8:22 am

### USPS in possession of item

Feedback

EXHIBIT "B"

SOLON, OH 44139
October 31, 2024, 9:06 am

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

[Enter tracking or barcode numbers]

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

EXHIBIT "B"