# EXHIBIT C

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**9590940257259346458884**

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Expected Delivery by**

**MONDAY**
**18**
**November 2024** ⓘ

by
**9:00pm** ⓘ

Your item arrived at our USPS facility in CLEVELAND OH DISTRIBUTION CENTER on November 15, 2024 at 7:32 pm. The item is currently in transit to the destination.

Delivered

Out for Delivery

Preparing for Delivery

**Moving Through Network**
**Arrived at USPS Regional Facility**
CLEVELAND OH DISTRIBUTION CENTER
November 15, 2024, 7:32 pm

**Accepted at USPS Origin Facility**
SOLON, OH 44139
November 15, 2024, 6:17 pm

**Return Receipt Associated**
October 31, 2024, 9:06 am

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package?_gl=1*147cb8w*_gcl_au*NTA3NDEyNzE0LjE3MzE4Nzl1MTM.*_ga*NTEzNzkyNTMwLjE3MzE4Nzl1MTQ.*_ga_3NXP3C8S9V*MTczMTg3MjUxNC4xLjEuMTczMTg3MjgzMi4zN...

Text & Email Updates ⌄

Delivery Instructions ⌄

Product Information ⌄

See Less ⋀

Track Another Package

Enter tracking or barcode numbers

**Need More Help?**

Contact USPS Tracking support for further assistance.

EXHIBIT "C"

**FAQs**

EXHIBIT "C"