# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| KIMBERLY ROQUEMORE, Individually and as the Administratrix of the Estate of Maalik Roquemore, Deceased, | ) CASE NO. 1:24-CV-01434 ) ) JUDGE DONALD C. NUGENT ) |
| Plaintiffs, | ) ) |
| -vs- | ) ) |
| CUYAHOGA METROPOLITAN HOUSING AUTHORITY, et al., | ) ) ) |
| Defendants. | ) |

## NOTICE OF FILING SUPPLEMENTAL PROOF OF SERVICE

Plaintiff hereby supplements the previously filed Return of Service by Certified Mail executed upon John Smiddy on November 14, 2024 (Doc. #24) by submitting the signed "*Green Card*" evidencing service. The Green Card, signed by John Smiddy on November 14, 2024, is attached hereto and incorporated herein by reference as Exhibit *"A"*.

Respectfully submitted,
/s/ *David B. Malik*
David B. Malik (23763)
**ATTORNEY AT LAW**
Solon Business Campus
31300 Solon Road – Unit #19
Solon, Ohio 44139
P: 216.570.3898
E: david@davidmaliklaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *David B. Malik*
David B. Malik (23763)