EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. 
John Smiddy, Field Training
Officer Program Supervisor
Cuyahoga Metropolitan
Housing Authority Police Department
33818 Gail Drive
North Ridgeville, Ohio 44039

9590 9402 5725 9346 4588 84

2. Article Number *(Transfer from service label)*

7019 2970 0001 4203 1147

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_  ☑ Agent  ☐ Addressee

B. Received by *(Printed Name)*  C. Date of Delivery
John Smiddy  11-14-24

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ _____ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

EXHIBIT "A"