IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY ROQUEMORE, Individually and as the Administratrix of the Estate of Maalik Roquemore, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CUYAHOGA METROPOLITAN HOUSING AUTHORITY, et al.,<br><br>Defendants. | CASE NO.   1:24-CV-01434<br><br>JUDGE DONALD C. NUGENT<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANT JOHN SMIDDY'S RULE 12(B)(4) AND 12(B)(5) MOTION TO DISMISS** |

Based on the confirmed return of service filed today (Doc. # 26), Defendant Smiddy hereby gives notice of his withdrawal of his pending Motion to Dismiss pursuant to Civ. R 12(B)(4) and 12(B)(5) (Doc. #17).

Respectfully submitted,

*/s/ Aretta K. Bernard*
Aretta K. Bernard (0039116)
abernard@ralaw.com
Stephanie Olivera Mittica (0095651)
smittica@ralaw.com
Roetzel & Andress, LPA
222 South Main Street
Akron, OH  44308
P: 330.376.2700
F: 330.376.4577

*Attorneys for Defendants*

22379110 _1 017442.0131

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically on November 20, 2024. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David B. Malik
david@davidmaliklaw.com
31320 Solon Road, Unit #19
Solon, Ohio 44139

/s/ Aretta K. Bernard
One of the Attorneys for Defendants

22379110 _1 017442.0131