UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
CASE MANAGEMENT CONFERENCE
MINUTE SHEET

DCM FORM NO. 7
1/1/92

| CASE MANAGEMENT CONFERENCE HELD BEFORE | JUDGE DONALD C. NUGENT | NOVEMBER 22, 2024 |
|---|---|---|
| | JUDICIAL OFFICER | |

Kimberly Roquemore,,
        Plaintiff(s),
v.

Cuyahoga Metropolitan Housing Authority, et al.,
        Defendant(s).

CASE NO. 1:24 CV 1434

Length of Conference:

JUDGE: DONALD C. NUGENT

DO YOU CONSENT TO THE JURISDICTION OF A MAGISTRATE JUDGE? YES ☐ NO ☒

TRACK DESIGNATION:
Administrative ☐    Expedited ☐    Standard ☒    Complex ☐    Mass Torts ☐

CASE REFERRED TO ALTERNATIVE DISPUTE RESOLUTION: YES ☐ NO ☒
IF YES, BY WHICH ADR PROCESSES:

Early Neutral Evaluation ☐    Mediation ☐    Arbitration ☐    Summary Jury Trial ☐    Summary Bench Trial ☐

ADR PROCESS TO BE COMPLETED BY: _____

DISCOVERY TYPE AND EXTENT: Document exchange + depo's

DISCOVERY CUT OFF DATE: 9/1/25 - fact

MOTIONS CUT OFF DATE: TBD

CASE STATUS HEARING SCHEDULED FOR: 3/4/25 @ 8:45am

NOTES: CMC held by phone w/ all counsel participating. Planning report filed — (P) killed by officer — several claims by (P) and No Bill returned → incident may all be on video — AG investigated case — + much discovery on website.

Length of Proceeding: 15 min

/s/ Donald C. Nugent 11/22/24
DISTRICT JUDGE