# Field Training
## Experience Check List

**Policy Review** *(Initial after demonstrated proficiency)*

| | |
|---|---|
| DW 2.01 – Law Enforcement Authority/Commitment | DW 1.29 – Use of Force |
| DW 2.02 – Arrest Authority | DW 1.29.1 – De-Escalation |
| DW 2.03 – Arrest Procedures | DW 1.17 – Disciplinary Philosophy |
| DW 2.05 – Field Interviews and Investigatory Stops | DW 1.08 – Leave of Absence / Control |
| DW 2.06 – Jurisdiction and Mutual Aid with Cleveland | DW 1.09 – Abuse of Sick Leave |
| DW 2.11 – Subpoena Control | DW 1.11 – Early Intervention System |
| DW 2.13 – Arrest Warrants | DW 1.22 – Agency Owned Property |
| DW 2.14 – Duty to Intervene | DW 1.25 – Victim/Witness Assistance |
| DW 2.15 – Orders of Protection | DW 1.30 – Electronic Control Weapon |
| DW 3.01 – Patrol Section | DW 1.31 – Oleoresin Capsicum Spray |
| DW 3.02 – Vehicle Equipment | DW 1.32 – Expandable Baton |
| DW 3.03 – Emergency Vehicle Operations | DW 1.33 – Proper Handling of Firearms |
| DW 3.05 – Crisis Intervention | DW 1.34 – Weapons |
| DW 3.06 – Domestic Violence | DW 1.40 – Sick Leave |
| DW 3.07 – Missing Persons | DW 1.41 – Uniforms |
| DW 3.08 – Notice to Violator (NTV) Citation | DW 6.08 – Crime Prevention |
| DW 3.09 – Death Investigations | DW 6.09 – Community Engagement |
| DW 3.10 – Use of Crime Scene Entry Logs | DW 6.10 – Police Assisted Referral *(PAR)* |
| DW 3.11 – Animal Incidents | DW 7.01 – Transporting Prisoners |
| DW 3.12 – Traffic Control | DW 7.02 – Hospital Detail |
| DW 3.13 – Towing Vehicles | DW 7.03 – Spit Sock Hoods |
| DW 3.14 – Vehicle Accidents | DW 8.02 – Calls for Service |
| DW 3.15 – Citizen Stops | DW 8.03 – Silent 911 Calls |
| DW 3.16 – Multi-Purpose Misdemeanor *(MMCF)* | DW 8.05 – Surveillance Cameras |
| DW 3.17 – Parking Infraction Notice *(PIN)* | DW 8.09 – Body Worn Cameras |
| DW 3.18 – Uniform Traffic Ticket *(UTT)* | DW 9.01 – Collection of Evidence |
| DW 3.19 – Accountability for MMCF, PIN, UTT | DW 9.02 – Property and Evidence Control |
| DW 3.20 – Driving Under Suspension | DW 10.06 – Reports |
| DW 3.21 – OVI | DW 10.07 – Duty Reports |
| DW 3.22 – Vehicle Pursuits | DW 10.09 – Time Keeping and Overtime |
| DW 3.23 – Failure to Comply | DW 3.32 – Field Investigations |
| DW 3.31 – Critical Incidents | DW 3.33 – Bloodborne Pathogens |
| DW 3.34 – Active Threats | DW 3.38 – Fires and Explosions |
| DW 3.35 – Barricaded Subjects | DW 3.39 – Special Events |
| DW 3.36 – Civil Disturbances | DW 3.40 – Water Leakage / Flooding |
| DW 3.37 – Bomb Threats | |

| | | |
|---|---|---|
| D. Ruglawc | Dan Whitney 57 | 06 Jul 22 |
| Trainee Name | Trainee Signature | Date |
| David Whitney | Dave Whitney 48 | 06 JUL 22 |
| FTO Name | FTO Signature | Date |

**Radio Communications** *(Initial after demonstrated proficiency)*

- DW  Clear / concise broadcasts
- DW  Professional broadcasts *(radio etiquette)*
- DW  Trainee thinks of what will be said before broadcasting
- DW  Location given when responding to radio traffic
- DW  Active listening of radio (multitasking)
- DW  Short and accurate dispositions
- DW  High-stress communications
- DW  Call history inquiries
- DW  Requesting vehicle tows
- DW  High-rise call signs
- DW  Broadcasts *before* initiating a stop
- DW  "10" – Codes *(10-41, 10-23, 10- 96, etc.)*
- DW  Listens for break in radio traffic before broadcasting

- DW  Phonetic alphabet
- DW  Registration checks
- DW  Wants / warrants checks
- DW  Writes down pertinent information
- DW  Copies information the *first time*
- DW  Requests appropriate resources
- DW  Pursuit *(foot/vehicle)* communications
- DW  Warrant / stolen vehicle confirmations
- DW  Unit call signs / badge numbers
- DW  Calling out / copying physical descriptions
- DW  Broadcasts upon arrival
- DW  Proper abbreviations *(GOA, UTL, etc.)*

D. Ragland
Trainee Name

Dave Whitney 48
Trainee Signature

06JUL20
Date

David Whitney
FTO Name

Dave Whitney 48
FTO Signature

06JUL22
Date

**Vehicle Operations**

- DW  Vehicle inspections
- DW  Emergency lights & siren operation
- DW  Compliance with traffic laws *(in normal operation)*
- DW  Trainee *wears* seat belt
- DW  Parks legally
- DW  Drives without distraction *(cell phone, etc.)*
- DW  Executes proper U-turn *(yielding / lights & siren)*
- DW  Leaves an "out" when parked / stopped

- DW  Emergency Vehicle Operations *(proficiency)*
- DW  EVO with other units
- DW  Understands Pursuit procedures
- DW  Avoids driving on sidewalks and green space
- DW  Drives courteously *(yields to right of way)*
- DW  Checks mirrors / camera before backing
- DW  Approaches calls for service tactically / safely
- DW  Adverse weather driving

D. Ragland
Trainee Name

Dave Whitney 48
Trainee Signature

06JUL22
Date

David Whitney
FTO Name

Dave Whitney 48
FTO Signature

06JUL22
Date

**Geography** *(Initial after trainee can locate without references)*

**High Rises**

- PW  Addison Square
- PW  Ambleside Tower
- PW  Apthorp Tower
- DW  Beachcrest A
- DW  Beachcrest B
- DW  Bellaire A
- PW  Bellaire B
- DW  Bohn Tower
- PW  Carl B. Stokes Mall
- DW  Cedar Extension
- PW  Crestview
- PW  Doris V. Jones
- PW  Euclid Beach
- DW  Fairway Manor
- DW  Heritage View
- PW  Heritage View IV
- DW  King Kennedy North
- DW  Lakeview Tower
- DW  LaRonde
- PW  Lee –Miles Apartments
- DW  Legacy Park
- DW  Lorain Square
- DW  Manhattan Tower
- DW  Mildred Brewer
- DW  Miles Elmarge
- DW  Miles Pointe
- DW  Mount Auburn
- DW  Park Denison
- DW  Quarry Town
- DW  Riverview
- DW  Scranton Castle
- DW  Severance Circle
- DW  Springbrook
- DW  Union Square
- PW  Wade Park
- DW  West 101st Place
- DW  West Boulevard
- DW  Willson Tower

**Family Estates**

- DW  Addison Townhouses
- DW  Bellaire Townhomes
- DW  Carver Park
- DW  Cedar
- DW  Griot Village
- DW  Heritage View
- DW  King Kennedy
- DW  Lakeview
- DW  Oakwood Gardens
- DW  Outhwaite
- DW  Puritas Gardens
- DW  Riverside Park
- DW  Springbrook Family
- DW  Wade Park Family
- DW  Willson Family
- DW  Woodhill

**Hospitals**

- DW  Metro Health Hospital
- DW  Saint Vincent Charity
- DW  Lutheran Hospital
- DW  University Hospital
- DW  Marymount Hospital
- DW  Fairview Hospital

**Courthouses**

- PW  Justice Center
- DW  Cuyahoga County Juvenile
- DW  Carl B. Stokes Federal CH
- PW  East Cleveland Muni
- DW  Cleveland Heights Muni
- DW  Berea Muni
- DW  Oakwood Mayor's Court

**Scattered Sites**

- DW  Allegheny Circle
- DW  Ansel Road
- DW  Bellaire Road Apartments
- DW  Harvard / East 110th
- DW  Jefferson
- DW  Landon Homes
- DW  State Road
- DW  Sunrise
- DW  Walton Homes
- DW  West 58th Street
- DW  Western / West 116th
- DW  Woodhill Scattered
- DW  Worley

**Shelters / Facilities**

- DW  2100 Lakeside (Men's)
- DW  2227 Payne (Women's)
- DW  4410 Franklin (Men's)
- PW  18120 Puritas (Women's)
- DW  2806 Payne (DV)
- DW  Jane Edna Hunter
- PW  The City Mission
- DW  Cuyahoga Diversion Center

**Cleveland Districts**

- DW  First
- DW  Second
- DW  Third
- PW  Fourth
- DW  Fifth

_D. Paglau_  
Trainee Name

_David Whitney_  
FTO Name

_[signature]_  
Trainee Signature

_Dave Whitney 48_  
FTO Signature

06JUL22  
Date

06JUL22  
Date

**Crime Scene Investigations** *(Initial after demonstrated proficiency)*

- DW  Scene safety
- DW  Securing a perimeter (outer, inner, blocking roadways)
- DW  Crime Scene Entry Log
- DW  Identifies suspects, victims and witnesses
- DW  Captures acceptable scene photographs
- DW  Captures acceptable victim / subject photographs
- DW  Use of Personal Protective Equipment (PPE)
- DW  Demonstrates proper evidence collection techniques
- DW  Uses appropriate containers for evidence
- DW  Properly labels / seals evidence bags

- DW  Documents chain of custody
- DW  Identifies (and documents) point(s) of entry
- DW  Drug identification
- DW  Understands cold stands / photo line-ups
- DW  Working with investigators (DB, CPD, etc.)
- DW  Motor Vehicle Crash procedures
- DW  OH-1 proficiency
- DW  Traffic control and direction
- DW  Processing stolen vehicles / property
- DW  Seizing vehicles as evidence

_____  _____  06JUL22
Trainee Name                Trainee Signature           Date
David Whitney               Dave Whitney 48             06JUL22
FTO Name                    FTO Signature               Date

**Stops and Approaches** *(Initial after demonstrated proficiency)*

- PW  Gives accurate vehicle descriptions
- DW  Identifies equipment violations
- PW  Identifies traffic violations
- DW  Investigative stops
- PW  Felony stops
- DW  Choosing a tactical stop location
- DW  Zone car positioning
- DW  Directs spotlight(s) on violator vehicle after stop
- PW  Driver side approach
- PW  Passenger side approach
- DW  Observes/responds to furtive movements
- DW  Reacts when occupants look over shoulder at officers
- PW  Watches the occupants' body language

- PW  Registration / OL checks
- DW  Avoids backlighting (on approach)
- DW  Controls the stop(s)
- DW  Watches for oncoming traffic – exiting ZC
- DW  Introduces self
- DW  Gives operator the reason for the stop
- PW  Determining reasonable suspicion / PC
- DW  Determining impairment
- DW  OVI enforcement / procedures
- PW  Uniform Traffic Ticket completion
- DW  Towing vehicles
- DW  Motor Vehicle Exception (4th Amendment)
- DW  Vehicle search (plain view, frisk, PC)

_____  _____  06JUL22
D. Raglan                   Trainee Signature           Date
Trainee Name
David Whitney               Dave Whitney 48             06JUL22
FTO Name                    FTO Signature               Date