Exhibit B



# Cuyahoga Metropolitan Housing Authority
## Police Department

This is to certify that

POLICE OFFICER

DESMOND RAGLAND #57

Has Successfully Completed An In-Service Course of Training In

## USE OF FORCE/RANGE QUALIFICATIONS

(Eight Hours of Instruction)

17MAR22

Date

_____
Instructor

 

Ohio Peace Officer Training Commission
Office 800-346-7682
Fax 740-845-2675

P.O. Box 309
London, Ohio 43140
www.OhioAttorneyGeneral.gov

## RANGE PROFICIENCY RECORD: SEMI-AUTO PISTOL

NAME: Desmond Ragland #57     AGENCY: CMHAPD

WEAPON MAKE: Glock     MODEL: 17     SERIAL #: BATV940

HITS IN THE PREFERRED AREA (**PA**) COUNT AS A PLUS ONE (+1)

HITS IN THE NON-PREFERRED AREA (**NPA**), BUT INSIDE OF THE TARGET OUTLINE ARE A ZERO (0)

ROUNDS NOT FIRED (**NF**) ARE ZERO (0)

HITS OUTSIDE OF THE TARGET OUTLINE (**MISS**), OFF OF THE TARGET (**MISS**), OR FIRED OVER THE TIME LIMIT (**OT**) ARE A MINUS 1 (-1), EXTRA ROUNDS FIRED (**ERF**) ARE MINUS 1 (-1).

STAGE 1     PA: 3     NPA: _____ NF: _____ MISS: _____ OT: _____ ERF: _____

STAGE 2     2 HITS IN THE PREFERRED AREA, ONE HIT IN THE HEAD OR HIP

            PA: 3     NPA: _____ NF: _____ MISS: _____ OT: _____ ERF: _____

STAGE 3A    PA: 4     NPA: _____ NF: _____ MISS: _____ OT: _____ ERF: _____

STAGE 3B    PA: 4     NPA: _____ NF: _____ MISS: _____ OT: _____ ERF: _____

STAGE 4     PA: 6     NPA: _____ NF: _____ MISS: _____ OT: _____ ERF: _____

STAGE 5     PA: 3     NPA: _____ NF: _____ MISS: _____ OT: _____ ERF: _____

STAGE 6     PA: 2     NPA: _____ NF: _____ MISS: _____ OT: _____ ERF: _____

SUB TOTALS: 25                              MISS: _____ OT: _____ ERF: _____

TOTAL: 25     (PASSING IS A MINIMUM OF 20)

DATE TESTED: 17MAR22     PASSED: ✔    FAILED: _____

TESTED BY: James Neal #668
           (NAME PRINTED)                    (SIGNATURE)

REQ#: 05383     EXPIRATION DATE: 13SEP2025

Effective 7/1/2017




Ohio Peace Officer Training Commission
Office 800-346-7682
Fax 740-845-2675

P.O. Box 309
London, Ohio 43140
www.OhioAttorneyGeneral.gov

# RANGE PROFICIENCY RECORD: SHOTGUN

NAME: Desmond Ragland #57   AGENCY: CMHAPD

WEAPON MAKE: Benneli   MODEL: Nova   SERIAL #: Z176835

HITS IN THE PREFERRED AREA (**PA**) COUNT AS A PLUS ONE (+1)

HITS IN THE NON-PREFERRED AREA (**NPA**), BUT INSIDE OF THE TARGET OUTLINE ARE A ZERO (0)

ROUNDS NOT FIRED (NF) ARE A ZERO (0)

HITS OUTSIDE OF THE TARGET OUTLINE (**MISS**), OFF OF THE TARGET (**MISS**), FIRED OVER THE TIME LIMIT (**OT**) AND EXTRA ROUNDS FIRED (**ERF**) ARE A MINUS 1 (-1)

STAGE 1   PA: 2   NPA: ___   NF: ___   MISS: ___   OT: ___   ERF: ___

STAGE 2   PA: 2   NPA: ___   NF: ___   MISS: ___   OT: ___   ERF: ___

STAGE 3   PA: 2   NPA: ___   NF: ___   MISS: ___   OT: ___   ERF: ___

OPTIONAL SLUG QUALIFICATION STAGE

STAGE 4   PA: ___   NPA: ___   NF: ___   MISS: ___   OT: ___   ERF: ___

TOTAL: 6   PASSING SCORE – 100% HIT

DATE TESTED: 17MAR22   PASSED: ✓   FAILED: ___

TESTED BY: James Neal #668
(NAME PRINTED)   (SIGNATURE)

REQ#: 05383   EXPIRATION DATE: 13SEP2025

Effective 7/1/2017