Exhibit C



# TASER Conducted Electrical Weapon
**USER CERTIFICATE**

## Police Officer Desmond Ragland #57

*This certifies that the above named individual ("the Student") has completed the training required and has passed a written examination in the use of the TASER X26/X26P Conducted Electrical Weapon. By accepting this User Certificate, the Student accepts the terms of the Training Materials License Agreement, incorporated herein by reference, and agrees to be bound by its terms as a Licensee of TASER International, Inc. This certification must be renewed annually.*

Instructor: _____  Date 16MAR22
Sgt James Neal #668