# Field Training
## Experience Check List

**Policy Review** *(Initial after demonstrated proficiency)*

| | |
|---|---|
| DW 2.01 – Law Enforcement Authority/Commitment | DW 1.29 – Use of Force |
| DW 2.02 – Arrest Authority | DW 1.29.1 – De-Escalation |
| DW 2.03 – Arrest Procedures | DW 1.17 – Disciplinary Philosophy |
| DW 2.05 – Field Interviews and Investigatory Stops | DW 1.08 – Leave of Absence / Control |
| DW 2.06 – Jurisdiction and Mutual Aid with Cleveland | DW 1.09 – Abuse of Sick Leave |
| DW 2.11 – Subpoena Control | DW 1.11 – Early Intervention System |
| DW 2.13 – Arrest Warrants | DW 1.22 – Agency Owned Property |
| DW 2.14 – Duty to Intervene | DW 1.25 – Victim/Witness Assistance |
| DW 2.15 – Orders of Protection | DW 1.30 – Electronic Control Weapon |
| DW 3.01 – Patrol Section | DW 1.31 – Oleoresin Capsicum Spray |
| DW 3.02 – Vehicle Equipment | DW 1.32 – Expandable Baton |
| DW 3.03 – Emergency Vehicle Operations | DW 1.33 – Proper Handling of Firearms |
| DW 3.05 – Crisis Intervention | DW 1.34 – Weapons |
| DW 3.06 – Domestic Violence | DW 1.40 – Sick Leave |
| DW 3.07 – Missing Persons | DW 1.41 – Uniforms |
| DW 3.08 – Notice to Violator (NTV) Citation | DW 6.08 – Crime Prevention |
| DW 3.09 – Death Investigations | DW 6.09 – Community Engagement |
| DW 3.10 – Use of Crime Scene Entry Logs | DW 6.10 – Police Assisted Referral *(PAR)* |
| DW 3.11 – Animal Incidents | DW 7.01 – Transporting Prisoners |
| DW 3.12 – Traffic Control | DW 7.02 – Hospital Detail |
| DW 3.13 – Towing Vehicles | DW 7.03 – Spit Sock Hoods |
| DW 3.14 – Vehicle Accidents | DW 8.02 – Calls for Service |
| DW 3.15 – Citizen Stops | DW 8.03 – Silent 911 Calls |
| DW 3.16 – Multi-Purpose Misdemeanor *(MMCF)* | DW 8.05 – Surveillance Cameras |
| DW 3.17 – Parking Infraction Notice *(PIN)* | DW 8.09 – Body Worn Cameras |
| DW 3.18 – Uniform Traffic Ticket *(UTT)* | DW 9.01 – Collection of Evidence |
| DW 3.19 – Accountability for MMCF, PIN, UTT | DW 9.02 – Property and Evidence Control |
| DW 3.20 – Driving Under Suspension | DW 10.06 – Reports |
| DW 3.21 – OVI | DW 10.07 – Duty Reports |
| DW 3.22 – Vehicle Pursuits | DW 10.09 – Time Keeping and Overtime |
| DW 3.23 – Failure to Comply | DW 3.32 – Field Investigations |
| DW 3.31 – Critical Incidents | DW 3.33 – Bloodborne Pathogens |
| DW 3.34 – Active Threats | DW 3.38 – Fires and Explosions |
| DW 3.35 – Barricaded Subjects | DW 3.39 – Special Events |
| DW 3.36 – Civil Disturbances | DW 3.40 – Water Leakage / Flooding |
| DW 3.37 – Bomb Threats | |

| Trainee Name: D. Ruglarac | Trainee Signature: [signed] 57 | Date: 06 Jul 22 |
|---|---|---|
| FTO Name: David Whitney | FTO Signature: Dave Whitney 48 | Date: 06 JUL 22 |

**Radio Communications** *(Initial after demonstrated proficiency)*

- DW Clear / concise broadcasts
- DW Professional broadcasts *(radio etiquette)*
- DW Trainee thinks of what will be said before broadcasting
- DW Location given when responding to radio traffic
- DW Active listening of radio (multitasking)
- DW Short and accurate dispositions
- DW High-stress communications
- DW Call history inquiries
- DW Requesting vehicle tows
- DW High-rise call signs
- DW Broadcasts *before* initiating a stop
- DW "10" – Codes *(10-41, 10-23, 10- 96, etc.)*
- DW Listens for break in radio traffic before broadcasting

- DW Phonetic alphabet
- DW Registration checks
- DW Wants / warrants checks
- DW Writes down pertinent information
- DW Copies information the *first time*
- DW Requests appropriate resources
- DW Pursuit *(foot/vehicle)* communications
- DW Warrant / stolen vehicle confirmations
- DW Unit call signs / badge numbers
- DW Calling out / copying physical descriptions
- DW Broadcasts upon arrival
- DW Proper abbreviations *(GOA, UTL, etc.)*

D. Ragland
Trainee Name

David Whitney
FTO Name

_[Trainee Signature]_
Trainee Signature

Dave Whitney 48
FTO Signature

06JUL20
Date

06JUL22
Date

**Vehicle Operations**

- DW Vehicle inspections
- DW Emergency lights & siren operation
- DW Compliance with traffic laws *(in normal operation)*
- DW Trainee *wears* seat belt
- DW Parks legally
- DW Drives without distraction *(cell phone, etc.)*
- DW Executes proper U-turn *(yielding / lights & siren)*
- DW Leaves an "out" when parked / stopped

- DW Emergency Vehicle Operations *(proficiency)*
- DW EVO with other units
- DW Understands Pursuit procedures
- DW Avoids driving on sidewalks and green space
- DW Drives courteously *(yields to right of way)*
- DW Checks mirrors / camera before backing
- DW Approaches calls for service tactically / safely
- DW Adverse weather driving

D. Ragland
Trainee Name

David Whitney
FTO Name

_[Trainee Signature]_
Trainee Signature

Dave Whitney 48
FTO Signature

06JUL22
Date

06JUL22
Date

**Geography** *(Initial after trainee can locate without references)*

### High Rises

- PW Addison Square
- PW Ambleside Tower
- PW Apthorp Tower
- DW Beachcrest A
- DW Beachcrest B
- DW Bellaire A
- PW Bellaire B
- DW Bohn Tower
- PW Carl B. Stokes Mall
- DW Cedar Extension
- PW Crestview
- PW Doris V. Jones
- PW Euclid Beach
- DW Fairway Manor
- DW Heritage View
- PW Heritage View IV
- DW King Kennedy North
- DW Lakeview Tower
- DW LaRonde
- PW Lee –Miles Apartments
- DW Legacy Park
- DW Lorain Square
- DW Manhattan Tower
- DW Mildred Brewer
- DW Miles Elmarge
- DW Miles Pointe
- DW Mount Auburn
- DW Park Denison
- DW Quarry Town
- DW Riverview
- DW Scranton Castle
- DW Severance Circle
- DW Springbrook
- DW Union Square
- PW Wade Park
- DW West 101st Place
- DW West Boulevard
- DW Willson Tower

### Family Estates

- DW Addison Townhouses
- DW Bellaire Townhomes
- DW Carver Park
- DW Cedar
- DW Griot Village
- DW Heritage View
- DW King Kennedy
- DW Lakeview
- DW Oakwood Gardens
- DW Outhwaite
- DW Puritas Gardens
- DW Riverside Park
- DW Springbrook Family
- DW Wade Park Family
- DW Willson Family
- DW Woodhill

### Hospitals

- DW Metro Health Hospital
- DW Saint Vincent Charity
- DW Lutheran Hospital
- DW University Hospital
- DW Marymount Hospital
- DW Fairview Hospital

### Courthouses

- DW Justice Center
- DW Cuyahoga County Juvenile
- DW Carl B. Stokes Federal CH
- DW East Cleveland Muni
- DW Cleveland Heights Muni
- DW Berea Muni
- DW Oakwood Mayor's Court

### Scattered Sites

- DW Allegheny Circle
- DW Ansel Road
- DW Bellaire Road Apartments
- DW Harvard / East 110th
- DW Jefferson
- DW Landon Homes
- DW State Road
- DW Sunrise
- DW Walton Homes
- DW West 58th Street
- DW Western / West 116th
- DW Woodhill Scattered
- DW Worley

### Shelters / Facilities

- DW 2100 Lakeside (Men's)
- DW 2227 Payne (Women's)
- DW 4410 Franklin (Men's)
- PW 18120 Puritas (Women's)
- DW 2806 Payne (DV)
- DW Jane Edna Hunter
- PW The City Mission
- DW Cuyahoga Diversion Center

### Cleveland Districts

- DW First
- DW Second
- DW Third
- PW Fourth
- DW Fifth

---

_D. Pagliar_ / Trainee Name
_[signature]_ / Trainee Signature
06JUL22 / Date

David Whitney / FTO Name
Dave Whitney 48 / FTO Signature
06JUL22 / Date

## Crime Scene Investigations *(Initial after demonstrated proficiency)*

- DW Scene safety
- DW Securing a perimeter (outer, inner, blocking roadways)
- DW Crime Scene Entry Log
- DW Identifies suspects, victims and witnesses
- DW Captures acceptable scene photographs
- DW Captures acceptable victim / subject photographs
- DW Use of Personal Protective Equipment (PPE)
- DW Demonstrates proper evidence collection techniques
- DW Uses appropriate containers for evidence
- DW Properly labels / seals evidence bags
- DW Documents chain of custody
- DW Identifies (and documents) point(s) of entry
- DW Drug identification
- DW Understands cold stands / photo line-ups
- DW Working with investigators (DB, CPD, etc.)
- DW Motor Vehicle Crash procedures
- DW OH-1 proficiency
- DW Traffic control and direction
- DW Processing stolen vehicles / property
- DW Seizing vehicles as evidence

_____  _____  06JUL22
Trainee Name                Trainee Signature            Date
David Whitney               Dave Whitney #8              06JUL22
FTO Name                    FTO Signature                Date

## Stops and Approaches *(Initial after demonstrated proficiency)*

- DW Gives accurate vehicle descriptions
- DW Identifies equipment violations
- DW Identifies traffic violations
- DW Investigative stops
- DW Felony stops
- DW Choosing a tactical stop location
- DW Zone car positioning
- DW Directs spotlight(s) on violator vehicle after stop
- DW Driver side approach
- DW Passenger side approach
- DW Observes/responds to furtive movements
- DW Reacts when occupants look over shoulder at officers
- DW Watches the occupants' body language
- DW Registration / OL checks
- DW Avoids backlighting (on approach)
- DW Controls the stop(s)
- DW Watches for oncoming traffic – exiting ZC
- DW Introduces self
- DW Gives operator the reason for the stop
- DW Determining reasonable suspicion / PC
- DW Determining impairment
- DW OVI enforcement / procedures
- DW Uniform Traffic Ticket completion
- DW Towing vehicles
- DW Motor Vehicle Exception (4th Amendment)
- DW Vehicle search (plain view, frisk, PC)

D. Raglan                   _____  06JUL22
Trainee Name                Trainee Signature            Date
David Whitney               Dave Whitney #8              06JUL22
FTO Name                    FTO Signature                Date