Exhibit B



# Cuyahoga Metropolitan Housing Authority

## Police Department

This is to certify that

### POLICE OFFICER

### DESMOND RAGLAND #57

Has Successfully Completed An In-Service Course of Training In

## USE OF FORCE/RANGE QUALIFICATIONS

(Eight Hours of Instruction)

_____
Instructor

17MAR22
_____
Date





Ohio Peace Officer Training Commission
Office 800-346-7682
Fax 740-845-2675

P.O. Box 309
London, Ohio 43140
www.OhioAttorneyGeneral.gov

## RANGE PROFICIENCY RECORD: SEMI-AUTO PISTOL

NAME: Desmond Ragland #57 _____ AGENCY: CMHAPD _____

WEAPON MAKE: Glock _____ MODEL: 17 _____ SERIAL #: BATV940 _____

HITS IN THE PREFERRED AREA (**PA**) COUNT AS A PLUS ONE (+1)

HITS IN THE NON-PREFERRED AREA (**NPA**), BUT INSIDE OF THE TARGET OUTLINE ARE A ZERO (0)

ROUNDS NOT FIRED (**NF**) ARE ZERO (0)

HITS OUTSIDE OF THE TARGET OUTLINE (**MISS**), OFF OF THE TARGET (**MISS**), OR FIRED OVER THE TIME LIMIT (**OT**) ARE A MINUS 1 (-1), EXTRA ROUNDS FIRED (**ERF**) ARE MINUS 1 (-1).

STAGE 1    PA: 3 ____ NPA: _____ NF: _____ MISS: _____ OT: _____ ERF: _____

STAGE 2    2 HITS IN THE PREFERRED AREA, ONE HIT IN THE HEAD OR HIP

              PA: 3 ____ NPA: _____ NF: _____ MISS: _____ OT: _____ ERF: _____

STAGE 3A    PA: 4 ____ NPA: _____ NF: _____ MISS: _____ OT: _____ ERF: _____

STAGE 3B    PA: 4 ____ NPA: _____ NF: _____ MISS: _____ OT: _____ ERF: _____

STAGE 4    PA: 6 ____ NPA: _____ NF: _____ MISS: _____ OT: _____ ERF: _____

STAGE 5    PA: 3 ____ NPA: _____ NF: _____ MISS: _____ OT: _____ ERF: _____

STAGE 6    PA: 2 ____ NPA: _____ NF: _____ MISS: _____ OT: _____ ERF: _____

SUB TOTALS: 25 _____               MISS: _____ OT: _____ ERF: _____

TOTAL: 25 _____ (PASSING IS A MINIMUM OF 20)

DATE TESTED: 17MAR22 _____ PASSED: ✔ ___ FAILED: _____

TESTED BY: James Neal #668 _____      _____
            (NAME PRINTED)             (SIGNATURE)

REQ#: 05383 _____ EXPIRATION DATE: 13SEP2025 _____

Effective 7/1/2017

 

Ohio Peace Officer Training Commission
Office 800-346-7682
Fax 740-845-2675

P.O. Box 309
London, Ohio 43140
www.OhioAttorneyGeneral.gov

# RANGE PROFICIENCY RECORD: SHOTGUN

NAME: Desmond Ragland #57                    AGENCY: CMHAPD

WEAPON MAKE: Benneli          MODEL: Nova          SERIAL #: Z176835

HITS IN THE PREFERRED AREA (**PA**) COUNT AS A PLUS ONE (+1)

HITS IN THE NON-PREFERRED AREA (**NPA**), BUT INSIDE OF THE TARGET OUTLINE ARE A ZERO (0)

ROUNDS NOT FIRED (NF) ARE A ZERO (0)

HITS OUTSIDE OF THE TARGET OUTLINE (**MISS**), OFF OF THE TARGET (**MISS**), FIRED OVER THE TIME LIMIT (**OT**) AND EXTRA ROUNDS FIRED (**ERF**) ARE A MINUS 1 (-1)

STAGE 1     PA: 2     NPA: _____  NF: _____  MISS: _____  OT: _____  ERF: _____

STAGE 2     PA: 2     NPA: _____  NF: _____  MISS: _____  OT: _____  ERF: _____

STAGE 3     PA: 2     NPA: _____  NF: _____  MISS: _____  OT: _____  ERF: _____

OPTIONAL SLUG QUALIFICATION STAGE

STAGE 4     PA: _____  NPA: _____  NF: _____  MISS: _____  OT: _____  ERF: _____

TOTAL: 6                    PASSING SCORE – 100% HIT

DATE TESTED: 17MAR22                    PASSED: ✔     FAILED: _____

TESTED BY: James Neal #668                    _____
                    (NAME PRINTED)                        (SIGNATURE)

REQ#: 05383                    EXPIRATION DATE: 13SEP2025

Effective 7/1/2017