**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KIMBERLY ROQUEMORE, Individually and as the Administratrix of the Estate of Maalik Roquemore, Deceased, | ) ) ) | CASE NO. 1:24-CV-01434 |
| | ) | |
| Plaintiffs, | ) | JUDGE DONALD C. NUGENT |
| | ) ) | |
| -vs- | ) ) | |
| | ) | |
| CUYAHOGA METROPOLITAN HOUSING AUTHORITY, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

---

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**
**TO FILE REPLY TO DEFENDANTS' MOTION FOR**
**PARTIAL JUDGMENT ON THE PLEADINGS**

---

Plaintiff, Kimberly Roquemore, by and through undersigned counsel, respectfully moves this Court for a 20-day extension of time, until February 17, 2025, to file her reply to Defendants' Motion for Partial Judgment on the Pleadings, which is currently due on January 28, 2025.

Good cause exists for this request. Plaintiff requires additional time to investigate and prepare her reply. Furthermore, due to the recent ceasefire in Gaza, Plaintiff's counsel has the rare opportunity to visit with relatives serving in the Israeli Defense Forces who will be in Florida within the week. This extension is sought in good faith and not for the purpose of delay but to ensure Plaintiff has adequate time to respond to Defendants' motion.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Motion and extend the deadline to file her reply to Defendants' Motion for Partial Judgment on the Pleadings, to February 17, 2025.

Respectfully submitted,
/s/ *David B. Malik*

David B. Malik (23763)
**ATTORNEY AT LAW**
Solon Business Campus
31300 Solon Road – Unit #19
Solon, Ohio 44139
P: 216.570.3898
E: david@davidmaliklaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *David B. Malik*

David B. Malik (23763)