# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| KIMBERLY ROQUEMORE, Individually and as the Administratrix of the Estate of Maalik Roquemore, Deceased, | CASE NO. 1:24-CV-01434 |
| | JUDGE DONALD C. NUGENT |
| Plaintiffs, | |
| -vs- | |
| CUYAHOGA METROPOLITAN HOUSING AUTHORITY, et al., | |
| Defendants. | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS

Upon consideration of Plaintiff's Motion for Extension of Time to File Reply to Defendants' Motion for Partial Judgment on the Pleadings, and upon good cause demonstrated, the Court hereby **GRANTS** the Motion. It is hereby ordered that Plaintiff's Reply to Defendants' Motion for Partial Judgment on the Pleadings shall be filed on or before February 17, 2025.

**IT IS SO ORDERED.**

| | |
|---|---|
| | JUDGE DONALD C. NUGENT |