IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OHIO EASTERN
DIVISION

| | |
|---|---|
| KIMBERLY ROQUEMORE, <br> Individually and as the Administratrix of the Estate of Maalik Roquemore, Deceased, <br><br> Plaintiff, <br><br> Vs. <br><br> CUYAHOGA METROPOLITAN HOUSING AUTHORITY, et al., <br><br> Defendants. | CASE NO. 1:24-CV-01434 <br><br> JUDGE: DONALD C. NUGENT <br><br> **MOTION FOR LEAVE TO SUPPLEMENT FIRST AMENDED COMPLAINT** |

Plaintiff hereby requests that this Court allow her to supplement her First Amended Complaint with the attached Exhibit 1. Plaintiff requests this Leave to Supplement because it would add additional clarity and context to the Plaintiff's First Amended Complaint. Description of Exhibit 1 has already been placed into the record through the First Amended Complaint.

FRCP 15(d) provides:

1

**MOTION FOR LEAVE TO SUPPLEMENT
FIRST AMENDED COMPLAINT** Case No.
1:24-cv-01434

## SUPPLEMENTAL PLEADINGS

On motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented. The court may permit supplementation even though the original pleading is defective in stating a claim or defense. The court may order that the opposing party plead to the supplemental pleadings within a specified time.

Given the language of FRCP 15(d), Plaintiff respectfully requests that she be allowed to file Exhibit 1 to the First Amended Complaint.

Respectfully submitted,
/s/ David B. Malik
David B. Malik
David B. Malik (23763)
Attorney at Law
31320 Solon Road, Unit #19 Solon, Ohio  44139
P: 216.570.3898
E: david@davidmaliklaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on February 11, 2025. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Aretta K. Bernard (0039116)
abernard@ralaw.com
Stephanie Olivera Mittica (0095651)
smittica@ralaw.com
Roetzel & Andress, LPA
222 South Main Street
Akron, OH 44308

/s/ David B. Malik
**Attorney for Plaintiff**

# EXHIBIT 1




# CUYAHOGA METROPOLITAN HOUSING AUTHORITY
# POLICE DEPARTMENT

TENACITY *RESPECT* UNDERSTA:-.IDING *SERVICE* TR.<\INING

TO: Thomas Burdyshaw, Commander

FROM: John Smiddy, Sergeant

| PAGE | SUBJECT | DATE |
|---|---|---|
| 1 of 1 | Field Training Evaluation of PO Desmond Ragland #57 | 08JUL22 |

Sir,

On Thursday July 7, 2022, I rode for a shift with PO Ragland to evaluate his status in the Field Training Program.

Officer Ragland and I toured our properties in between calls for service. He knows the major estates and high-rises fairly well and drove us to various properties safely and without references. Officer Ragland demonstrated a great attitude toward the job and has a refreshing outlook on his role in the community. He further demonstrated excellent communication skills in his interactions with residents and other members of the department. I believe that our residents are going to love Officer Ragland and the level of service he will provide.

Officer Ragland demonstrated resourcefulness and listed supervisors and other officers he will lean on to help him along the way.

He seems to have a sound grasp of the expectations for our officers and demonstrates a competent comprehension of our procedures. As we toured properties and responded to calls for service, I asked Officer Ragland many scenario-based and procedure related questions, to all of which he provided a thorough and professional response.

Officer Ragland shows a great amount of patience with others and can de-escalate volatile situations with ease.

After reviewing Officer Ragland's weekly evaluations and evaluating his perfonnance during this tour of duty, I have dete1mined that he is ready to be removed from field training to function on his own. Officer Ragland expressed agreement and eagerness to work solo.

Respectfully,

John Smiddy, Sergeant

CMHAPD'/1-001 K£V. 02;20i6