


# CUYAHOGA METROPOLITAN HOUSING AUTHORITY
# POLICE DEPARTMENT

TENACITY *RESPECT* UNDERSTA:-.IDING *SERVICE* TR.<\INING

TO: Thomas Burdyshaw, Commander

FROM: John Smiddy, Sergeant

| PAGE | SUBJECT | DATE |
|---|---|---|
| 1 of 1 | Field Training Evaluation of PO Desmond Ragland #57 | 08JUL22 |

Sir,

On Thursday July 7, 2022, I rode for a shift with PO Ragland to evaluate his status in the Field Training Program.

Officer Ragland and I toured our properties in between calls for service. He knows the major estates and high-rises fairly well and drove us to various properties safely and without references. Officer Ragland demonstrated a great attitude toward the job and has a refreshing outlook on his role in the community. He further demonstrated excellent communication skills in his interactions with residents and other members of the department. I believe that our residents are going to love Officer Ragland and the level of service he will provide.

Officer Ragland demonstrated resourcefulness and listed supervisors and other officers he will lean on to help him along the way.

He seems to have a sound grasp of the expectations for our officers and demonstrates a competent comprehension of our procedures. As we toured properties and responded to calls for service, I asked Officer Ragland many scenario-based and procedure related questions, to all of which he provided a thorough and professional response.

Officer Ragland shows a great amount of patience with others and can de-escalate volatile situations with ease.

After reviewing Officer Ragland's weekly evaluations and evaluating his perfonnance during this tour of duty, I have dete1mined that he is ready to be removed from field training to function on his own. Officer Ragland expressed agreement and eagerness to work solo.

Respectfully,

*John Smiddy, Sergeant*

CMHAPD'/1-001 K£V. 02;20i6