IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY ROQUEMORE, Individually and as the Administratrix of the Estate of Maalik Roquemore, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CUYAHOGA METROPOLITAN HOUSING AUTHORITY, et al.,<br><br>Defendants. | CASE NO. 1:24-CV-01434<br><br>JUDGE DONALD C. NUGENT<br><br>**<u>DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS AND BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT FIRST AMENDED COMPLAINT</u>** |

[Handwritten stamp: DENIED ___ GRANTED X IT IS SO ORDERED [signature] U.S. District Judge 2/24/25]

Now come the Defendants, by and through counsel, and respectfully request an extension of the deadlines to file their Reply Brief in Support of their Motion for Partial Judgment on the Pleadings and any Brief in Opposition to Plaintiff's Motion for Leave to Supplement First Amended Complaint. Specifically, Defendants are requesting a seven (7) day extension from February 25, 2025, through March 4, 2025, to file their Reply Brief in Support of their Motion for Partial Judgment on the Pleadings and any Brief in Opposition to Plaintiff's Motion for Leave to Supplement First Amended Complaint.

Defendants filed a Motion for Partial Judgment on the Pleadings on January 13, 2025. (Doc. #32). Per Local Rule 7.1(d), Plaintiff's Brief in Opposition would have been due by February 12, 2025 – thirty (30) days after service of any dispositive motion. Plaintiff, however, sought an extension through February 17, 2025, to respond, which this Court granted. (Doc. #33 and Doc.