MINUTES OF PROCEEDINGS
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| Kimberly Roquemore,<br><br>    Plaintiff(s),<br>v.<br><br>Cleveland Metropolitan Housing Authority, et al.,<br>    Defendant(s). | Date: March 4, 2025<br><br>Judge Donald C. Nugent<br><br>Court Reporter: None<br><br>Case Number: 1:24 CV 1434 |

Status Conference held by telephone, with all counsel participating. Defendants intend to file opposition to Plaintiff's motion for leave to supplement first amended complaint (ECF #35), which will be filed today (3/4), along with Defendants' Reply brief in support of Defendants' motion for partial judgement on the pleadings (ECF #32), which will also be filed later today (3/4). All discovery, including depositions, is stayed pending the Court's ruling on the motion for partial judgment on the pleadings, per the Court's order of 2/27 (ECF #40).

Length of Proceeding: 10 mins

Donald C. Nugent /by
United States District Judge