# EXHIBIT 2

| Policy & Procedures Manual | Ref: Accreditation Chapter 11<br>Policy and Procedures Chapter 2.1<br>CMHA Administrative Order 70 | |
|---|---|---|
| Effective Date: 01 Jan 11 | Revised: January 2, 2020 | |
| Pages: 3 (with organizational chart) | Review Date: Annually | |

# CHAPTER 1.1

# ORGANIZATION

**PURPOSE**

This directive shall establish the organizational structure of the Cuyahoga Metropolitan Housing Authority Police Department (CMHA PD) by applying basic organizational principles such as organizing by function, ensuring unity of command, delineating responsibility and delegating authority.

**POLICY**

The CMHA PD shall establish a formal organizational structure that is consistent with delivering efficient and effective services to residents and the community. CMHA PD is under the direct command of the Chief of Police. The Deputy Chief, the Executive Assistant and the Special Investigations Unit shall be assigned and report to the Chief of Police.

The department shall be organized into two (2) operations: Field and Administrative. A Commander shall be the head of each operation and shall report to the Deputy Chief. Organization sections and units are structured under one of these operations.

**PROCEDURE:**

I. Office of the Chief of Police

The Chief of Police shall be responsible for directing, assigning and administering police and safety staff; and overseeing community safety activities throughout the CMHA PD. The following report to the Chief of Police:

    A. Deputy Chief of Police

        1. The Officer in Charge (OIC) of the Special Weapons and Tactics (SWAT) team shall report to the Deputy Chief.

    B. Executive Assistant

        1. Administrative Assistant / Human Resources
        2. Records Coordinator
        3. Service Person

    C. Special Investigations Unit is primarily responsible for conducting internal affairs investigations involving allegations of member misconduct; conducting fraud investigations; and maintaining intelligence regarding organized crime.

ORGANIZATION, Page 2

II. Field Operations

    A. Field Operations shall be headed by a Commander of Police and is comprised of a Patrol Section and Support Section. The Patrol Section and Support Section provide the basic front-line services of the CMHA PD.

        1. Patrol Section includes:

            a. Basic Patrol- consisting of sworn, uniformed police officers, including designated canine teams, who are primarily responsible for patrol, responding to calls for service, providing a security presence at various properties, enforcing statutes, ordinances and investigating crimes.

            b. Protection Officers - consisting of non-sworn, uniformed officers who are primarily responsible for providing a security presence at various properties controlled by CMHA.

            c. Reserve Officers - consisting of sworn, uniformed police officers who volunteer time to the CMHA PD.

        2. Support Section includes:

            a. Crime Suppression Unit – members assigned in a non-uniformed capacity to investigate criminal complaints and issues affecting the quality of life for residents and neighborhoods.

            b. Multi-Agency Task Forces

III. Administrative Operations

    A. Administrative Operations shall be headed by a Commander of Police. The Operations provides ancillary services to Field Operations and are primarily responsible for ensuring the efficient administrative functions of the CMHA PD.

        1. The Administrative Section includes:

            a. Detective Bureau - is primarily responsible for investigating Part-1 and Part-2 incidents or any other assigned investigation that occur on CMHA property.

            b. Complaint and Administrative Investigations

            c. Property/Logistics Unit

            d. Network Administrator / Information Technology (IT)

            e. Radio Communications Center (RCC)

            f. Special Projects Coordinator(s) - responsible for coordinating CALEA, the

Police Assisted Referral (PAR) initiative and other projects as assigned.

ORGANIZATION, Page 3

IV. Organizational Chart

    A. An organizational chart that depicts CMHA PD's organizational structure is included as an integral part of this policy and shall be reviewed and updated as needed. This chart shall be available to all members.

    B. The organizational chart reflects the chain of command and delineates the lines of authority and communications within the department.

V. Unity of Command

    A. Employee/Supervisor Ratio

        1. Employees are accountable to only one supervisor at any given time. Members must be aware of what is expected to promote efficiency and responsibility.

    B. Span of Control

        1. In order to maintain effective direction, control and coordination within the department, the number of employees under the immediate control of a supervisor shall not normally exceed more than twenty (20) employees.

VI. Authority and Responsibility

    A. Commensurate and delegated authority

        1. Every supervisor, officer, member or employee has the authority to make decisions necessary for the effective execution of their responsibilities.

        2. A supervisor, officer, member or employee may delegate a given assignment, when the work force is available, if the assignment falls within the delegated employee's job classification and service to the community is being served in an efficient manner.

        3. A supervisor, officer, member or employee who delegates an assignment will be accountable for their decision to delegate.

        4. Each supervisor, officer, member or employee will also be accountable for not delegating assignments when possible in order to execute their responsibility.

        5. Supervisory personnel are accountable for the performance of employees under their immediate control.

By order of,

*[signature]*

Andrés González, Chief of Police




# Cuyahoga Metropolitan Housing Authority
# Police Department
# Organizational Structure
Revised January 2020



- **Chief Executive Officer / Safety Director**
  - **Chief of Police**
    - **Executive Assistant**
      - Administrative Assistant/Human Resources
      - Records Coordinator
      - Serviceperson
    - **Special Investigations Unit**
      - Internal Affairs
      - Fraud
      - Intelligence
    - **Deputy Chief**
      - **SWAT Team**
      - **Field Operations Commander**
        - **Patrol Section**
          - Basic Patrol
          - Protection Officers
          - Reserve Officers
        - **Support Section**
          - Crime Suppression Unit
          - Multi-Agency Task Forces
      - **Administrative Operations Commander**
        - **Administrative Section**
          - Detective Bureau
          - Complaint / Administrative Investigations
          - Property/Logistics Unit
          - Network Administrator / IT
          - Radio Communications Center
          - Special Projects – CALEA / PAR