IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY ROQUEMORE, | ) | CASE NO. 1:24 CV 01434 |
| | ) | |
| *Individually and as the Administratrix* | ) | |
| *of the Estate of Maalik Roquemore,* | ) | JUDGE DONALD C. NUGENT |
| *Deceased,* | ) | |
| | ) | |
| **Plaintiff,** | ) | (This Memorandum of Opinion and |
| | ) | Order Relates to Documents ECF #32, |
| v. | ) | ECF #35, ECF #39, and ECF #44) |
| | ) | |
| CUYAHOGA METROPOLITAN | ) | |
| HOUSING AUTHORITY, et al., | ) | **ORDER** |
| | ) | |
| **Defendants.** | ) | |

Pursuant to the Memorandum of Opinion issued in the above-captioned case this date:

***DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS***:

*Defendants' Motion for Partial Judgment on the Pleadings* (ECF #32) is GRANTED in part and DENIED in part, specifically:

As to **ALL** claims asserted against **CMHAPD**, in the *First Cause of Action, Second Cause of Action, Third Cause of Action,* and *Fourth Cause of Action,* the *Defendants' Motion for Partial Judgment on the Pleadings* is **GRANTED**.

### *First Cause of Action (Excessive Force/Failure to Train, 42 U.S.C. § 1983):*

As to the "**official capacity**" claims asserted against **Defendants González, McDowell, Ragland, Burdyshaw, Smiddy, and Patterson**, the *Defendants' Motion for Partial Judgment on the Pleadings* is **GRANTED**.

As to the "**individual capacity**" claims asserted against **Defendants González, McDowell, Burdyshaw, Smiddy, and Patterson**, the *Defendants' Motion for Partial Judgment on the Pleadings* is **DENIED**.

### *Second Cause of Action (Wrongful Death Under Ohio Law):*

As to the wrongful death claims asserted against **Defendants CMHA, González, McDowell, Burdyshaw, Smiddy, and Patterson**, the *Defendants' Motion for Partial Judgment on the Pleadings* is **GRANTED**.

### *Third Cause of Action (Americans With Disabilities Act, 42 U.S.C. § 12101, et seq.):*

As to the Americans With Disabilities Act claims asserted against **Defendants CMHA, González, McDowell, Ragland, Burdyshaw, Smiddy, and Patterson**, the *Defendants' Motion for Partial Judgment on the Pleadings* is **GRANTED**.

### *Fourth Cause of Action (Negligence/Malice Under Ohio Law):*

As to the negligence claims asserted against **Defendants CMHA, González, McDowell, Ragland, Burdyshaw, Smiddy, and Patterson**, the *Defendants' Motion for Partial Judgment on the Pleadings* is **GRANTED**.

Accordingly, (1) the *First Cause of Action* excessive force and failure to train claims

under 42 U.S.C. § 1983 against Defendant CMHA remain; (2) the *First Cause of Action* "individual capacity" excessive force claims under 42 U.S.C. § 1983 against Defendant Ragland remain; and (3) the *First Cause of Action* failure to train claims under 42 U.S.C. § 1983 against Defendants González, McDowell, Ragland, Burdyshaw, Smiddy, and Patterson remain.  The *Second Cause of Action* wrongful death claim against Defendant Ragland also remains.

### ***PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT FIRST AMENDED COMPLAINT***:

*Plaintiff's Motion for Leave to Supplement First Amended Complaint* (ECF #35) is **DENIED** as MOOT.

    IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: April 23, 2025