IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY ROQUEMORE, Individually and as the Administratrix of the Estate of Maalik Roquemore, Deceased, | CASE NO. 1:24-CV-01434 |
| Plaintiffs, | JUDGE DONALD C. NUGENT |
| -vs- | |
| CUYAHOGA METROPOLITAN HOUSING AUTHORITY, et al., | |
| Defendants. | |

**MOTION FOR LEAVE TO RESPOND TO MOTION FOR RECONSIDERATION**

Plaintiff respectfully requests that this Court grant her until May 22, 2025 to respond to Defendant's Motion for Reconsideration. Plaintiff's counsel confirmed telephonically today, May 12, 2022, that the Court will accept a Response from the Plaintiff.

GRANTED: X   DENIED: ___
IT IS SO ORDERED.
_/s/ Donald C. Nugent 5/13/25_
U.S. DISTRICT JUDGE

Respectfully submitted,
/s/ *David B. Malik*
David B. Malik (23763)
**ATTORNEY AT LAW**
Solon Business Campus
31300 Solon Road – Unit #19
Solon, Ohio 44139
P: 216.570.3898
E: david@davidmaliklaw.com
*Counsel for Plaintiff*