IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY ROQUEMORE, ) | CASE NO. 1:24 CV 01434 |
| ) | |
| *Individually and as the Administratrix* ) | |
| *of the Estate of Maalik Roquemore,* ) | JUDGE DONALD C. NUGENT |
| *Deceased,* ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| CUYAHOGA METROPOLITAN ) | *(Related to ECF #52)* |
| HOUSING AUTHORITY, et al., ) | |
| ) | |
| Defendants. ) | |

On May 12, 2025, this Court issued an *Order*, in response to *Defendants' Motion for Partial Reconsideration and to Continue Stay on Discovery*, (ECF #48), staying all discovery pending full consideration of the substantive portion of *Defendants' Motion for Partial Reconsideration.* (ECF #49). In response to that *Order*, Plaintiff Kimberly Roquemore filed a *Motion for Leave to Respond to Motion for Reconsideration*, (ECF #50), which motion requested leave until May, 22, 2025 for Plaintiff to file a response to the initial *Motion for Partial Reconsideration.* The *Motion for Leave to Respond* was granted by marginal entry order. (ECF #51).

On May 13, 2025, Defendants filed a *Defendants' Response to Plaintiffs' Motion for*

*Leave to Respond to Motion for Reconsideration*, (ECF #52), which pleading proposed the following revised briefing schedule in connection with the substantive arguments on the *Motion for Partial Reconsideration*:

    Defendants to submit further arguments by May 26, 2025;

    Plaintiff to Respond to arguments by June 9, 2025; and

    Defendants to reply in support of arguments by June 16, 2025.

(ECF #52). *Defendants' Response* also requested that the *Order*, (ECF #51), granting Plaintiff's *Motion for Leave to Respond*, (ECF #50), be vacated in favor of adopting the proposed revised briefing schedule. (*See* ECF #52, n.1).

    The Court hereby ADOPTS the revised briefing schedule proposed by *Defendants' Response*, (ECF #52), and accordingly VACATES its earlier *Order*, (ECF #51), regarding the time by which Plaintiff must file a response to the *Motion for Partial Reconsideration*, (ECF #48).

    IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: May 13, 2025