IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **KIMBERLY ROQUEMORE,** | ) CASE NO. 1:24 CV 01434 |
| *Individually and as the Administratrix of the Estate of Maalik Roquemore, Deceased,* | ) <br> ) <br> ) JUDGE DONALD C. NUGENT <br> ) |
| Plaintiff, | ) **ORDER** <br> ) |
| v. | ) <br> ) |
| **CUYAHOGA METROPOLITAN HOUSING AUTHORITY, et al.,** | ) *(Granting Individual Defendants González's, McDowell's, Burdyshaw's, Smiddy's, and Patterson's Motion for Partial Reconsideration of the Court's Memorandum of Opinion and Order of April 23, 2025)* |
| Defendants. | ) <br> ) *(Granting Motion to Dismiss Individual Capacity Claims against Defendants González, McDowell, Burdyshaw, Smiddy, and Patterson)* <br> ) <br> ) – and – <br> ) <br> ) *(Vacating May 12, 2025 Order Staying Discovery Pending Consideration of Motion for Partial Reconsideration)* <br> ) <br> ) **(This Order Relates to Documents ECF #48, ECF #49, ECF #54, ECF #55, and ECF #56)** |

Pursuant to the *Memorandum of Opinion and Order* issued in the above-captioned case this date, *Defendants' Motion for Partial Reconsideration*, (ECF #48), related to the "individual capacity" claims against Defendants González, McDowell, Burdyshaw, Smiddy, and Patterson is

GRANTED; and *Defendants' Motion for Partial Judgment on the Pleadings* (ECF #32) seeking dismissal of the "individual liability" claims against Defendants González, McDowell, Burdyshaw, Smiddy, and Patterson under the *First Cause of Action* (based on 42 U.S.C. § 1983) is now GRANTED.

Because *Defendants' Motion for Partial Reconsideration* (ECF #48) has now been ruled upon and resolved, the Court's earlier May 12, 2025 *Order* (ECF #49) granting a stay of discovery pending resolution of the *Motion for Partial Reconsideration* is VACATED, and discovery on the remaining claims of the *First Amended Complaint* may recommence.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: August 20, 2025