*[Stamp: Status Ref-ul 1/16/26 @ 8:45 AM. GRANTED: X DENIED: ___ IT IS SO ORDERED. /s/ Donald C. Nugent, U.S. DISTRICT JUDGE 12/16/25]*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY ROQUEMORE, Individually and as the Administratrix of the Estate of Maalik Roquemore, Deceased, | CASE NO. 1:24-CV-01434 |
| | JUDGE DONALD C. NUGENT |
| Plaintiff, | |
| -vs- | |
| CUYAHOGA METROPOLITAN HOUSING AUTHORITY, et al., | |
| Defendants. | |

**PLAINTIFF'S MOTION TO CONTINUE DECEMBER 17, 2025, STATUS CONFERENCE UNTIL JANUARY 16, 2026**

This Court held a pre-planned Status Conference on August 26, 2025. During that conference, the parties were provided with the right to re-commence discovery. Subsequently, after trying to obtain complete public records from the State of Ohio and the City of Cleveland to no avail, Plaintiff's counsel issued subpoenas and filed those subpoenas with the Court. As of today's date, the subpoenas have not been fully honored and there is an upcoming status conference with this Court on December 17, 2025. This Courts Minutes of Proceedings (ECF 59) also indicated fact discovery cut-off is February 1, 2026, which, given the paucity of material received from the Special Prosecutions Unit of the Ohio Attorney General, The City of Cleveland and defense counsel, it would be impossible for Plaintiffs counsel to complete fact discovery by February 1, 2026.

There is, however, some good news. Plaintiff's counsel has been in touch this week with representatives of both the Ohio Attorney General and City of Cleveland in order to motivate them to comply with the subpoenas. Also, despite sending the required letter to opposing counsel about failing to completely answer paper discovery or return emails to arrange for the

required discovery conference, there is also basic discovery materials missing from defense counsel. Plaintiff's counsel also needs to provide defense counsel with further discovery in response to their production requests before the conference is held.

In light of these discovery challenges, Plaintiff's counsel requests that the Court reschedule the December 17, 2025 meeting in order to primarily give the Attorney General, the City of Cleveland, and both defense and Plaintiff's counsel more time to provide the necessary discovery requested by Plaintiff's counsel.

Plaintiff's counsel was informed this week by City of Cleveland employee, Tara Murphy, who is responsible for satisfying the subpoenas, that she herself has been, and is still waiting on, the Cleveland Division of Police to respond to her email requests to honor the subpoenas and she sounds very sincere in that regard. Also, a gentleman named Drew Moore, from the Attorney General's office informed Plaintiff's counsel this week that he is reproducing videos given to the Special Prosecution Unit from the Cleveland Division of Police onto one DVD which will be sent to Plaintiff's counsel. The paper documents in the custody of the Special Prosecutions Unit have been accessed by Plaintiff's counsel from the AG's Special Prosecutions website. Due to the overall lack of *timely* cooperation from the Attorney General, City of Cleveland and defense counsel, no depositions have been taken by the parties or allowed by the defense.

Wherefore, Plaintiff's counsel respectfully requests that the Status Conference currently set for December 17, 2025, be rescheduled to January 16, 2026. Plaintiff's counsel submits that allowing additional time will enable the Court and all parties to reasonably establish new discovery deadlines and may facilitate a more productive and collegial Status Conference before the Court. In short, Plaintiff's counsel seeks to provide defense counsel with the same subpoenaed information that it receives, and to work out the discovery issues set out in Exhibit A, attached herein. Plaintiff's counsel believes that this can be done by January 16, 2026.

    Respectfully submitted,
    /s/ *David B. Malik*

David B. Malik (23763)
**ATTORNEY AT LAW**
Solon Business Campus
31300 Solon Road – Unit #19
Solon, Ohio 44139
P: 216.570.3898
E: david@davidmaliklaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 10, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            /s/ *David B. Malik*
                                            David B. Malik (23763)